No. 908. MÁRQUEZ ET AL. *v.* JORDI.—Appeal from the District Court of Arecibo. Motion of respondent that authenticated copy of judgment appealed from be joined to the transcript of the record. Decided December 3, 1912. Motion sustained. *Mr. Luis Llorens Torres* for appellant. *Mr. Antonio Sarmiento* for adverse party.

No. 922. RODRÍGUEZ *v.* STRUBE ET AL.—Appeal from the District Court of Arecibo. Motion of respondent to dismiss appeal. Decided December 3, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and rule 40 of this court. *Mr. E. S. Paine* for the moving party. *Mr. José E. Benedicto* for the adverse party.

No. 482. THE PEOPLE *v.* ALONSO ET AL.—Appeal from the District Court of Arecibo. Motion by the *fiscal* for a hearing of this appeal. Decided December 4, 1912. Motion sustained. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. Herminio Díaz Navarro* for adverse party.

No. 7. IN RE BENET.—Complaint presented against Attorney José Benet by Agustín Hernández Mena asking for his disbarment. Decided December 5, 1912. Case dismissed on motion of the *fiscal* of this court for lack of grounds. *Mr. Charles E. Foote, fiscal,* for The People.

No. 501. THE PEOPLE *v.* BULERIN.—Appeal from the District Court of San Juan, Section 2. Judgment affirmed. Decided December 11, 1912. *Mr. Charles E. Foote, fiscal,* for The People. *Mr. G. Jiménez Sicardó* for defendant.